IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01081-WDM-MJW

JAMESE SAINT-VELTRI,

      Plaintiff,

v.

J. VIGIL,
DR. PETER CRUM, and
D/S MR. LAFFERTY,

      Defendants.

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

On November 15, 2006 (Doc. # 22), Plaintiff was ordered either to make the required monthly payments for August, September, and October 2006 or to show cause why he has no assets and no means by which to make the monthly payments. Plaintiff was warned that a failure to comply with that Order would result in the dismissal of the complaint and the action. Plaintiff has failed either to make a monthly payment or to show cause why he has no assets and no means by which to make the monthly payment. Therefore, Plaintiff has failed to comply with the Court's November 15, 2006, Order. Accordingly, it is

RECOMMENDED that the complaint and the action be dismissed without prejudice for failure to comply with the Court's November 15, 2006, Order.

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days after being served with a copy of this recommendation to file with the assigned District Judge any specific written objections to the findings of fact, conclusions of law, or recommendations of the Magistrate Judge as set forth in this document. The District Judge need not consider frivolous, conclusive, or general objections. A party's failure to file specific

written objections to the findings of fact, conclusions of law, or recommendations as set forth in this document **will bar** the party from *de novo* determination by the District Judge.  ***See United States v. Raddatz***, 447 U.S. 667, 676-83 (1980).  Additionally, the failure to file specific written objections to the findings of fact, conclusions of law, or recommendations of the Magistrate Judge in this document **will bar** appellate review of the findings of fact, conclusions of law, or recommendations of the Magistrate Judge in this document.  ***See Thomas v. Arn***, 474 U.S. 140 (1985); ***Talley v. Hesse***, 91 F.3d 1411 (10th Cir. 1996).

DATED December 18, 2006.

BY THE COURT:

*s/ Michael J. Watanabe*

Michael J. Watanabe
United States Magistrate Judge