IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01081-WDM-MJW

JAMES SAINT-VELTRI,

    Plaintiff,

v.

J. VIGIL,
DR. PETER CRUM, and
D/S MR. LAFFERTY,

    Defendants.

## ORDER OF DISMISSAL

This matter is before the Court on the Recommendation of United States Magistrate Judge filed on December 18, 2006 (Doc. # 23). The magistrate judge recommends that the complaint and the action be dismissed because Plaintiff failed to comply with the magistrate judge's November 15, 2006 Order (Doc. # 22) either to make the required monthly payments for August, September, and October 2006 or to show cause why he cannot make the required monthly payments for August, September, and October. Plaintiff has not objected to the recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b).

I have reviewed the pertinent portions of the record in this case, including the complaint, the order granting Plaintiff's motion to proceed *in forma pauperis*, the magistrate judge's order directing plaintiff to pay his filing fee or to show cause, and the recommendation. I conclude the recommendation should be accepted. Plaintiff has failed

to make monthly payments as ordered or to show cause each month why he is unable to make the monthly payment. Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge is accepted. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice.

DATED January 3, 2007.

BY THE COURT:

s/ _____
Walker D. Miller
United States District Judge

2